# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No: 8:17-cv-2267-T-30JSS

$60,982.94 SEIZED FROM TWO
CHICAGOLAND MOTORSPORTS
GROUP, INC. FINANCIAL
ACCOUNTS,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Amended Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 34). The Court notes that neither party filed written objections to the Amended Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Amended Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Amended Report and Recommendation (Dkt. 34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The United States' Motion to Strike (Dkt. 29) is GRANTED and the Amended Verified Claim of Chicagoland (Dkt. 17) is DISMISSED with prejudice.

3. The United States' Motion to Strike Chicagoland's extension request (Dkt. 32) is GRANTED. Chicagoland Motorsports Group, Inc.'s Motion for Extension of Time to Complete Discovery (Dkt. 31) is STRICKEN.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of September, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record